v.

South Central Regional Jail
1001 Centre Way Charleston WV
25309

<u>Administrator Mr Leonard</u>
All John + Jane Doe Lts
All John + Jane Doe Sgt And Shift Supervisor
All John + Jane Doe COs
All John + Jane Doe Counselors
All John + Jane Doe Medical Staff      Date 6-27-16

<u>Motion of Emergency Injunction</u>

I Edward Lee Lewis Plaintiff in this said matter Ask this Honorable Court To Except And Grant this Emergency Injunction For I Plaintiff is Being Denied Safty And things that Fall under Cruel And unusable Punishment. I have Filed Grievances on All the Following matters By Electronicly And By Writing But All Have Went Ignored. I have Been told By Staff that Only the Courts Can order Copies of Request And Grievances Released only to the courts only. The Plaintiff is Not Intitled to Copies Himself. I have Been told this By Staff Here At <u>South Central Regional Jail</u>    I Ask this Honorable Court to order The Administration of South Central Regional Jail to Release copies of All the Plaintiffs Request And Grievances. This will Show that the Plaintiff Has tried to Solve This matter Here At South Central Regional Jail. Also The Plaintiff Ask this Honorable Court to order South Central Regional Jail to pay the Plaintiff filing Fee

I Am filing this Emergency Motion of Injunction on the Following Grounds    <u>1st</u> Being Assulted By Another Inmate While I was on Protective Custody I Ask this Honorable Court to order South central Regional

Jail To Insure my safty. I will Explain --- On 4-17-16 I was Assalted while on Protective Custody By Inmate "Bradin W Stepp" "Mr Stepp" Told me And A CO That was taking us up the Hell For A Visit That he was going to get me. "Mr Stepp" Stated to the "CO" That He New I Testified Against MATHEW DAVID LITTLE ON 11-15-11 To A Gerand Jury IN Putnam County WV When coming BACK from the Visit in the Hell of C Pod of South Central Regional Jail "Mr Stepp" Assalted me From Behind. The COs were made Aware of the Threat Against me. It was Noted of the Threat On 4-11-16 when I was Place A seperation Between me And And "Mr Stepp And Mathew David Little" And A Threat was made Against me By "Mr Stepp" On 4-17-16 IN frount of A "C.O." The Staff new of The Threats But Ignored it. And Allwed Mr Stepp to Assalt me from Behind. Thay Are Video Feotage of the Assalt. Mr Stepp And I Should Have Never Been In the Hell At the Same time. I was Interviewed By Sgt Thompson After the Assalt And Ask if I wanted to Press Charges. I stated I wanted to Press Charges. I have Herd Nothing since. Sgt Thompson Also Interviewed the C.O That took us up And BACK Down the Hell. The C.O Stated He Herd Mr Stepp make The Threats. So Staff was Aware of the Threat And Ignored it. I was on Protective Custody, "Mr Stepp" was not. The Threat New the Threat was there And Ignored it And Allwed me to Be Assalted.

I Ask this Honorable Court to order my Safty.

2# I Am Being Denied A Hair Cut. I have Requested many times For A Hair Cut And Filed Grievances on the matter

All Have went Ignored This is Denying me Personal Hygiene. I Ask this Honorable Court to order South Central Regional Jail to give me A Hair cut.

3# <u>I have Been Denied Law Library time</u> - I have Requested many times to Be Alloted Law Library time. I have Been Denied. I have filed Grievances About this with No Response. I have A open case under <u>Johnson v. United States</u> 135 sct 2551 See <u>Edward Lee Lewis v. United States</u> 2:02-CR-00042 Document 248. Denying me Law Library time is Denying me Access to the courts. I Ask this Honorable court to order South Central Regional Jail to give me Access to the Law Library.

4# <u>Being Denied Eye Glasses</u> --- I Am Being Held Here At South Central Regional Jail For the Federal Bureau of Prisons. I Am A Federal Inmate. Inmates of the Federal Bureau of Prisons Are Intitled to And give Eye Glasses If they Are In Need of them or fix Glasses That Are Broken. My Glasses Are Broken And the Medical Staff Here Refuses to fix my Glasses or order me Another pare. I Am Intitled to Eye Glasses Under Rule 18 U.S.C 4002 -- Federal Prisoners Being Held in State Institutions This states I Have the Rite to the Same Health Care As I would Have in A Federal Institution. In A Federal Bureau of Prison Institution I Could get Eye Glasses fixed or obtain A New Pare. I Ask this Honorable court to order South Central Regional Jail to fix my Glasses or order me A New Pare

5# Being Denied Medication for when I Am Released On 9-25-16. I have Been told By Medical Staff that I

would not receave any medication when I am Released on 9-25-16 I have been told by medical staff that I would not receave any medication when I am Released on 9-25-16 again under 18 U.S.C. 4002 Federal Prisoners in State Institutions Inmates are Intitled to the same treatment as in a Federal Bureau of Prisons Institution. In a Federal Bureau of Prisons Institution Inmates are give a 30 Day Supply of Medica when thay are Released. I take Medication For Bad Stomach Problems And Acid Reflux. I Am Homeless I have No Money or Anyway to obtain My Medicati When I Am Released on 9-25-16. I Need My Medication Bad. I Ask this Honorable Court to order South Central Regional Jail To Give Me A 30 Day Supply of my Medication "Zantac" and "Bentzol" I have No way to obtain this Medication When I Am Released on 9-25-16.

(6)

I Am Being Denied Vouche money For when I Am Released on "9-25-16" Again As Stated In 18 U.S.C. 4002 Federal Prisoners in State Institution... " Federal Prisoners Are to Be treated the Same As in A Federal Institution And As stated in 18 U.S.C. 4281 Discaeged And Release Payment... Prisoners Released From Prison to Prole or Probation Shal Be Furnished with Suitable Clothing As May be Athorized By the Attorney Goeneral And In the Discretion of the Attorney General And Amount of money to obtean Clothing

And Emergency Aid Such As Food, Clothing And Help With Transportation In General to Help the Inmate get on His Feet. As I have Stated, I Am Homeless. I have No money or Anything. I was told By Staff Here At South Central Regional Jail That I would Not get Anything When I Am Released. If I Am Being Held Here At South Central Regional Jail For the Federal Bureau of Prisons. I Should Be Entitled to Voucher money For Emergency Help, Such As Stated in 18 U.S.C 4002 And 18 U.S.C 4281. I have No Clothing or Food or Any Transportation When I Am Released on 9-25-16. I Am Homeless. I Ask This Honorable Court to Order South Central Regional Jail to give the Plaintiff Voucher money When He is Released on 9-25-16 or give Emergency Aid As Needed.

I Ask This Honorable Court to order South Central Regional Jail Staff to Follow the Rules of 18 U.S.C 4002 And 18 U.S.C 4281 And the Rules of the Federal Bureau of Prisons. OR Place The Plaintiff in A Federal Bureau of Prisons Institution Until He is Released on 9-25-16

7# The Plaintiff is Being Punished For Filing Request And Grievances. On All said matters On 6-17-16 The Plaintiff was moved From A Protective Custody Section C3 of South Central Regional Jail to A Disciplinary Section A8 of South Central Regional Jail.

This is Also why he is Being Denied A Hair cut Law Library time And medical Treatment And Voucher money when Released on 9-25-16 The Plaintiff Has Done Nothing Nothing Has Not Received Any Write ups Anything to Be Placed in A Disciplinary Section "A 8" The only Reason He was moved to the Disciplinary Section was Because he Ask for what he was Intitled to. The Plaintiff Needs Help Concerning his Safty for Inmates In the Disciplinary Section Are Known to Throw Fecesses on other Inmates or Jam There Cell Doors And Attack Inmates As they go to Showers or Us the Phones Inmates Are up All Night + Day Kicking Doors, Screaming And Just Being Plain out of Hand In Council And the Staff Does Not Try to Stop It in Anyway.

The Plaintiff Needs Help With His Safty, The Plaintiff has Done Nothing wrong to Be Placed in A Disciplinary Section "A 8" of South Central Regional Jail The Plaintiff Ask this Honorable Court to order South Central Regional Jail to Insure The Plaintiff Safty or to Send the Plaintiff Back to A Federal Institution unteer His Release on 9-25-16     Thank You

Edward Lee Lewin
348601
South Central
Regional Jail
1001 Center Way
Charleston WV
25309

EDWARD LEE HOBBS
3185161
Social Security Payment Jail
1001 Centre City
Charleston
WV 25309

RECEIVED
JUL - 1 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Legal mail

CHARLESTON WV
27 JUN '16
PM 4 L

To: Clerk
Suite 2400
United States District Court
Southern District of West Virginia
300 Virginia Street East
Charleston WV 25301



Case 2:02-cr-00042 Document 253 Filed 07/01/16 Page 8 of 8 PageID #: 1099

[Stamp: South Central Regional Jail, 1001 Centre Way, Charleston, WV 25309, with signature]